

**BoylanBrown**
Growth.Protection.Succession.
BUSINESS AND CORPORATE LAW

*5/20/10*
*$9.03*
*Rec #7202*

May 20, 2010

Office of U.S. Bankruptcy Court Clerk
1220 Federal Building
100 State Street
Rochester, New York 14614

    RE:  Roberta M. Goodrich, Debtor
           Case No. 09-22044

Ladies and Gentlemen:

    Enclosed herewith is check in the sum of $9.03 representing combined small distributions in the above bankruptcy, to wit:

| | | |
|---|---|---|
| Claim No. 2 | Spirit of America National Bank - Claim $28.65 - Distribution | $0.49 |
| Claim No. 5 | PYOD LLC - Claim $266.14 - Distribution | 4.52 |
| Claim No. 9 | Chase Bank USA - Claim $236.72 - Distribution | 4.02 |

                         Very truly yours,

                         BOYLAN, BROWN,
                  CODE, VIGDOR & WILSON, LLP

WHH/dh
Enclosure
                      Warren H. Heilbronner, Trustee



FILED
MAY 20 2010
BANKRUPTCY COURT
ROCHESTER, NY